IN UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED

MAR 01 2022

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 1:22cr19 |
| BILLY MOORE, | Violations: 18 U.S.C. § 111(a)(1) |
| Defendant. | |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Assault of a Correctional Officer Involving Physical Contact)

On or about March 4, 2021, in Preston County, in the Northern District of West Virginia, defendant **BILLY MOORE**, an inmate in the custody of the Bureau of Prisons at USP Hazelton, did intentionally and forcibly assault any person designated in Section 1114 of Title 18 of the United States Code, namely Z.W., a federal correctional officer employed with the Federal Bureau of Prisons, while said officer was engaged in the performance of official duties, and, in doing so made physical contact with Z.W., in violation of Title 18, United States Code, Section 111(a)(1).

A true bill,

/s/
Grand Jury Foreperson

/s/
WILLIAM IHLENFELD
United States Attorney

Christopher L. Bauer
Assistant United States Attorney